**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

COLON VAUGHN,                                                          PETITIONER

v.                                                                    No. 2:04CV295-P-A

CHRISTOPHER EPPS, ET AL.                                              RESPONDENTS


**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the state's August

1, 2005, motion to dismiss is hereby **GRANTED**.  The instant petition for a writ of *habeas corpus*

is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28

U.S.C. § 2244(d).


**SO ORDERED,** this the 21st ay of March, 2006.


/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE